**Electronically Filed
Supreme Court
SCWC-18-0000010
23-MAY-2019
07:52 AM**

SCWC-18-0000010

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF AB

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000010; FC-S NO. 15-0007)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Intervenor-Appellant KL's application for writ of certiorari filed on March 31, 2019, is hereby accepted, and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, May 23, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

